# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| DOLORES FREDERICK, PATRICIA HAGAMAN, AND BEVERLY TAYLOR, | : | No. 449 WAL 2018 |
| | : | |
| Petitioners | : | Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| | : | |
| v. | : | |
| | : | |
| ALLEGHENY TOWNSHIP ZONING HEARING BOARD, HUNTLEY & HUNTLEY ENERGY EXPLORATION, LLC. ALLEGHENY TOWNSHIP JOHN H. SLIKE AND ANNE E. SLIKE, NORTHMORELAND FARMS LP, MICHAEL GOLEMBEIWSKI AND LISA GOLEMBEIWSKI, JOHN P. BRUNNER, II, ESQ., JEFFREY AND SHEILA BRUNNER, MILLER NIKSIC, JOANNE RESH, RICHARD AND PATRICIA TRUMBLE, MICHAEL AND JACALYN SCHUMAKER, | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 14th day of May, 2019, the Petition for Allowance of Appeal is **DENIED**.